# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC SHAMBROOM, | ) | Case No. 4:20-CV-3104 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SANDHILLS GLOBAL, INC., | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Please take notice that Daniel J. Fischer and the law firm of Koley Jessen P.C., L.L.O. enter their appearance on behalf of Defendant Sandhills Global, Inc. in the above-captioned matter.

Dated this 22nd day of September, 2020.

SANDHILLS GLOBAL, INC., Defendant,

By: */s/ Daniel J. Fischer*
Daniel J. Fischer, #22272
KOLEY JESSEN P.C., L.L.O.
One Pacific Place
1125 South 103rd Street, Suite 800
Omaha, NE  68124
(402) 390-9500
(402) 390-9005 (facsimile)
Dan.Fischer@koleyjessen.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the court's electronic filing system, which will send electronic notification of such filing to all registered participants:

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
rl@liebowitzlawfirm.com

*Counsel for Plaintiff*

                                                */s/ Daniel J. Fischer*
                                                    Daniel J. Fischer

4837-8625-9660.1