NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC SHAMBROOM, | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) CASE NO. 4:20-cv-3104 |
| SANDHILLS GLOBAL, INC. | ) ) ) |
| Defendant(s). | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), _____ Sandhills Global, Inc. Defendant _____, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations

       If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

<u>NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1</u>

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership.

If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

Additional information:

Date: __October 7, 2020__     __/s/ Daniel J. Fischer__
                                                        (Signature)

CERTIFICATE OF SERVICE

I hereby certify that on __October 7, 2020__, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: __Richard P. Liebowitz, Counsel for Plaintiff Eric Shambroom__,

and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants: __N/A__.

s/*Daniel J. Fischer*