UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC SHAMBROOM<br><br>                 Plaintiff,<br><br>v.<br><br>SANDHILLS GLOBAL, INC.<br><br>                 Defendant. | Case No.: 4:20-cv-3104 |

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF DISMISSAL**

The parties are still finalizing the terms of the settlement agreement. We respectfully request an additional 14 days to file the notice of dismissal.

The Court's consideration is much appreciated.


/s/Richard Liebowitz
Richard Liebowitz

*Counsel for Plaintiff*